Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

13CV6605

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See Pro Se Privacy Notice for further information.

"AMENDED COMPLAINT" 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Anthony Mills  ICH524
2. ___

-VS-

**B.     Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Brian O'Hara
2. Daniel J. Granville
3. Timothy F. Carney
4. Alan Rozansky
5. ___
6. ___

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Anthony Mills
Present Place of Confinement & Address: Erie County Holding Center
40 Delaware Ave., Buffalo, NY 14202

Name and Prisoner Number of Plaintiff: ___
Present Place of Confinement & Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: BRIAN O'HARA

(If applicable) Official Position of Defendant: ERIE COUNTY SHERIFF DETECTIVE

(If applicable) Defendant is Sued in ✓ Individual and/or _____ Official Capacity

Address of Defendant: ERIE COUNTY LAW DEPARTMENT, 95 Franklin St. Room 1634, Buffalo, NY 14202


Name of Defendant: DANIEL J. GRANVILLE

(If applicable) Official Position of Defendant: ERIE COUNTY SHERIFF DETECTIVE

(If applicable) Defendant is Sued in ✓ Individual and/or _____ Official Capacity

Address of Defendant: ERIE COUNTY LAW DEPARTMENT, 95 Franklin St. Room 1634, Buffalo, NY 14202


Name of Defendant: TIMOTHY F. CARNEY

(If applicable) Official Position of Defendant: ERIE COUNTY SHERIFF DETECTIVE

(If applicable) Defendant is Sued in ✓ Individual and/or _____ Official Capacity

Address of Defendant: ERIE COUNTY LAW DEPARTMENT, 95 Franklin St. Room 1634, Buffalo, NY 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action?**
    Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2.  Court (if federal court, name the district; if state court, name the county):_____

3.  Docket or Index Number:_____

4.  Name of Judge to whom case was assigned:_____

2

DEFENDANT'S INFORMATION

NAME OF DEFENDANT Alan Rozansky

OFFICIAL POSITION OF DEFENDANT Erie County Sheriff Detective

DEFENDANT IS SUED IN ✓ INDIVIDUAL

ADDRESS OF DEFENDANT Erie County Law Department, 95 Franklin St. Room 1634, Buffalo, NY 14202

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved. _____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2. District Court: _____

3. Docket Number: _____

4. Name of District or Magistrate Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

___ Dismissed (check the box which indicates why it was dismissed):

    ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ___ By court for failure to exhaust administrative remedies;

    ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ___ By court due to your voluntary withdrawal of claim;

___ Judgment upon motion or after trial entered for

    ___ plaintiff

    ___ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- (Excessive Force) [circled]
- Failure to Protect
- (Search & Seizure) [circled]
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) ON DECEMBER 28, 2011,
defendant (give the **name and position held** of each defendant involved in this incident) BRAIN O'HARA A ERIE COUNTY SHERIFF DET., DANIEL J. GRANVILLE A ERIE COUNTY SHERIFF DET., TIMOTHY F. CARNEY A ERIE COUNTY DET. AND DET. ALAN ROZANSKY
did the following to me (briefly state what each defendant named above did): CAME TO MY HOUSE AT 435 14TH STREET, BUFFALO NY 14213 AT 1:00PM TO ARREST ME WITHOUT AN ARREST WARRANT, SEARCH WARRANT, PROBABLE CAUSE, EXIGENT CIRCUMSTANCES OR A VALID CONSENT. I WAS NOT THERE AT THE TIME, BUT MY FIANCEE MICHELLE TALIAFERRO WAS THERE WITH A FRIEND. MY FIANCEE OPENED THE DOOR AND THE OFFICERS CAME IN AND STARTED SEARCHING AND HANDCUFFED MY FIANCEE AND THREATEN TO LOCK HER UP IF SHE DIDN'T TELL THEM WHERE I →

The constitutional basis for this claim under 42 U.S.C. § 1983 is: FOURTH AMENDMENT / SEARCH AND SEIZURES

The relief I am seeking for this claim is (briefly state the relief sought): COMPENSATORY DAMAGES FOR BEING ARRESTED AND ASSAULTED AND THE SUFFERING I HAVE ENDURED DUE TO BEING WITHOUT A WARRANT OR PROBABLE CAUSE

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No  If yes, what was the result? INTERNAL AFFAIRS NEVER RESPONDED TO MY COMPLAINT

Did you appeal that decision? ___ Yes ___ No  If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ___

A. **SECOND CLAIM:** On (date of the incident) ___,
defendant (give the **name and position held** of **each defendant** involved in this incident) ___

5

## A. First Claim

At. She told the officers where I was at and they came and arrested me at my DAD house. I was placed in handcuffs behind my back and arrested by detectives William Granville and Matthew Bartett. I was never read my Miranda rights, I asked what I was being arrested for and was told they didn't have no idea, I had to speak with the detectives at my house that they was told by detective Carney to pick me up and bring me back to my house.

When I was brought to my house in handcuffs my fiancee was sitting in a chair in handcuffs they told her friend Constance Braction to leave. The minute Constance Braction left officer Daniel J. Granville slammed me into the kitchen wall after that he took me by the arm to my bathroom and asked me where did I get the stolen property, I told him that I had nothing to say without a lawyer and he said so you are going to lawyer up on me and grabbed me by shirt dragged me to my living room where he and two other officers forcefully threw me to the floor. Once I hit the floor officer Daniel J. Granville kicked me in the chest causing chest pain. All of this happen while I was handcuffed from the back.

After the stolen property was removed from my house me and my fiancee were taken to 45 Elm St. where I was charge with 2nd Burglary a class C Felony and taken to the Erie County Holding Center.

2

## A. First Claim

On December 29, 2011, I was arraign in Grand Island town court and charged with Burglary and Possession of stolen property.

In May of 2012, I was indicted by a Erie County Grand Jury on four counts of 2nd degree Burglary. Indictment No. 02792-2011.

My case was signed to County Court Judge Sheila A. DiTullio.

After Pre-trial motions and Suppression hearings Judge DiTullio suppressed all my statements, but allowed the DA to use the stolen property found in my house.

On July 22, 2013, I had a bench trial that lasted five days.

On July 29, 2013, Judge DiTullio found me guilty of four counts of Burglary. I will be sentence March 4, 2014.

I am filing this 42 U.S.C 1983 because Officers Brian O'Hara, Daniel J. Granville, Timothy F. Carney and Alan Rozansky came to my house to arrest me based on hearsay information. Prior to coming to my house they had no independent evidence or proof that I committed any crime (Officer O'Hara testify that prior to coming to coming to my house they had know knowledge that I had stolen property in my house).

Officers Brian O'Hara, Daniel J. Granville, Timothy F.

3

## A. First Claim

Carney and Alan Rozansky violated my Fourth Amendment constitutional rights when they came to my house to arrest me without an arrest warrant, search warrant, probable cause, exigent circumstances or a valid consent to enter or search and assaulted me in the process without my permission. They also violated my Fourth Amendment constitutional rights when they stopped my Freedom of Liberty by sending officers William Granville and Matthew Barrett to arrest me at my dads house at Tinon Towers Apartments 1015 Delaware Ave., Buffalo, NY 14209.

Officers Brian O'Hara, Daniel J. Granville, Timothy F. Carney and Alan Rozansky conduct deprived me of my Fourth Amendment rights to be free from unreasonable searches and seizures secured by the constitution or laws of the United States.

I have testimony from officers Brian O'Hara, Daniel J. Granville, Timothy F. Carney and Alan Rozansky verifying my allegations along with documents and proof.

I am suing officers Brian O'Hara, Daniel J. Granville, Timothy F. Carney and Alan Rozansky for $5,000,000 each for a total of $20,000,000 for their role in violating my Fourth Amendment constitutional rights.

4

did the following to me (briefly state what each defendant named above did): _____

_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _____
_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

COMPENSATORY DAMAGES IN THE AMOUNT OF $20,000,000 FOR BEING ARRESTED AND ASSAULTED AND THE SUFFERING I HAVE ENDURED DUE TO BEING ARRESTED WITHOUT A WARRANT OR PROBABLE CAUSE

Do you want a jury trial? Yes ✓ No _____

6

Internal Affairs
134 West Eagle St.
Buffalo, NY 14202

March 14, 2013

**To who it may concern:**

2011
2011

My name is Anthony Mills, on December 28, officers Brian O'hara, Alan Rozansky, Timothy Carney and Daniel Granville of the erie county **Sheriff Department** came to my house to arrest me without an arrest warrant or search warrant or probable cause. I was not there at the time, but my fiancee Michelle Tiliaferro was there with her friend. My fiancee opened the door and the officers came in and started searching and handcuffed my fiancee and threaten to lock her up if she didn't tell them where I was at. She told the officers where I was at and they came and arrested me at stepfathers house and brought me back to my house. I asked for a lawyer and was assaulted by officers Daniel Granville and told that if I didn't tell them where the stolen property in my house came from me and my fiancee was going to jail.

I didn't come forward until now because I didn't know the officer that assaulted me until he told the stand Jan. 2013, at my court suppression hearing.

I would like this matter investigated because I am pressing charges.

Your assistance in this matter is appreciated.

Truly Yours,

Anthony Neal
March 14, 2013

SYLVIA M. O'NEAL
COMMISSIONER OF DEEDS
City of Buffalo, Erie County, NY
Commission Expires Dec. 31, 2014

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/12/2014
             (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*Anthony Mills*

Signature(s) of Plaintiff(s)

7