In the United States District Court
For The Western District

ANTHONY MILLS

                Plaintiff,

V.

BRIAN O'HARA, et al,
                Defendant.

**MOTION FOR A SCHEDULING CONFERENCE**

Civil Action No. 13-CV-6605

    Plaintiff, **Anthony Mills**, respectfully request a Scheduling Conference Pursuant to Rule 16[b] and 26 Federal Rules of Civil Procedure.

    The proposed matters that I wish to discuss at such conference are discovery issues relating to depositions, interrogatories, productions, and inspections regarding the defendant's evidence that they intend to offer at trial.

    And for any other relief this Court deems just and proper.

                                          Anthony Mills
                                          Great Meadow Correctional Facility
                                          Box 51
                                          Comstock, New York 12821

Sworn to before me this
4th Day of August, 2015

_____
NOTARY

PAT SULLIVAN
Notary Public, State of New York
Qual. in Washington Co. No. 01SU6316844
My Commission Expires on Dec. 19, 20__
Saratoga
p.S.

## AFFIDAVIT OF SERVICE

State of New York)
                 ) ss:
County of Sullivan)

      I Anthony Mills, being duly sworn, deposes and says:

      That I am the person named herein and make this affidavit of service to establish service upon the below named parties pertaining to Motion for Scheduling Conference, in a sealed envelope and placed in a U.S. postal box located at Great Meadow Correctional Facility, Box 51, Comstock New York 12821, and served upon the below named parties:

United States District Court
Western District of New York
100 State Street
Rochester, New York 14614-1387

Kenneth R. Kirby
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202

_(signature)_
Anthony Mills 14-B-1575
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

Sworn to before me on this
4th Day of August, 2015

_(signature)_
NOTARY

PAT SULLIVAN
Notary Public, State of New York
Qual. in Washington Co. No. 01SU6316844
My Commission Expires on Dec. 19, 20__
Saratoga
P.S.

Anthony Mills # 14-B-1575
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

August 4, 2015

United States District Court
Western District of New York
100 State Street
Rochester, New York 14614-1387

      **RE:** Anthony Mills v. Brian O'Hara, et al.
           Civil Action No. 13-CV-6605

Attention: CLERK OF THE COURT,

    Enclosed is a Motion for a Scheduling Conference with Affidavit of Service. Can you forward my Motion to a Judge for consideration?

                                        Sincerely,

                                        */s/ A. Mills*

CC: Kenneth R. Kirby
      Assistant County Attorney
      95 Franklin Street, Room 1634
      Buffalo, New York 14202


**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Anthony Mills          DIN: 14-B-1575

LEGAL MAIL

1461413669S

United States District Court
Western District of New York
100 State Street
Rochester, New York 14614-1387

