

# COUNTY OF ERIE

### MARK C. POLONCARZ
COUNTY EXECUTIVE

MICHAEL A. SIRAGUSA
COUNTY ATTORNEY

MICHELLE M. PARKER
FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

JEREMY C. TOTH
SECOND ASSISTANT COUNTY ATTORNEY

July 11, 2016

Anthony Mills                                    (Legal mail)
DIN 14B1575
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821-0051

      **Re:**    **Mills, Anthony v. Brian O'Hara, et al.**
            **Our File No.: 31-20140009**
            **W.D.N.Y. Case No.: 6:13-cv-06605-FPG-MWP**

Dear Mr. Mills:

      Please accept this letter as a supplement to Defendant Daniel J. Granville's Federal Rule of Civil Procedure Rule 26 Initial Disclosure (As to Excessive Force Claim Only)(Docket No. 15). With regards to our second response (#2), sub-paragraph (i), we had originally disclosed this Office's knowledge of the following materials:

      *(i)*        *CD recording of interview of the Plaintiff, Anthony Mills, at Erie County Sheriff's Office, 45 Elm Street, Buffalo, New York 14202, on or about December 28, 2011, which is, upon information and belief, presently in the possession, custody or control of the Appellate Division of New York State Supreme Court, Fourth Judicial Department, 50 East Avenue, Rochester, New York, as part of the Record on Appeal respecting the Plaintiff's appeal of his criminal conviction to that Court that was, upon information and belief, among the (trial or hearing) exhibits delivered to that Court.*

      Following the Appellate Division's determination of your appeal from your Judgment of Conviction, the Appellate Division, Fourth Judicial Department recently delivered two CDs to our office by overnight delivery service (UPS) on July 5, 2016. Unfortunately, the County Attorney's Office does not have the technical means to make copies of the materials, as they are on high-capacity (4.7 Gb) CDs, but we can advise you that the CDs contain approximately three hours and 45 minutes (3:45) of footage. As reported in our original disclosure, this footage contains video interviews of the Plaintiff at the Erie County Sheriff's Office on or about December 28, 2011.

Page two

In addition, please be advised that on or about July 7, 2016, the Appellate Division, Fourth Judicial Department notified our office that the remainder of the appeal materials in its possession, related to your appeal from your Judgment of Conviction, were delivered, by it, directly to the Erie County Clerk's Office, located at 92 Franklin Street, Buffalo, New York 14202.

Thank you for your attention to the above.

Very truly yours,

MICHAEL A. SIRAGUSA
Erie County Attorney

By: /s/ Kenneth Kirby
Kenneth R. Kirby, Esq.
Assistant County Attorney
Direct Dial: 858-2226
E-mail: Kenneth.Kirby@erie.gov

KRK/mc

cc:  Hon. Marian W. Payson, United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I, KENNETH R. KIRBY, do hereby certify that on the 11th day of July, 2016, I electronically filed the foregoing with the clerk of the Court using the Court's CM/ECF electronic filing system and I caused a true copy of the foregoing to be served upon the following non-participant in the Court/s CM/ECF electronic filing system, by United States mail, by depositing a true copy of the foregoing, wrapped in a postage pre-paid, properly addressed sealed wrapper, in a United States Postal Service receptacle/depository provided and intended for such purpose, addressed as follows:

ANTHONY MILLS
14-B-1575
GREAT MEADOWS CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
PRO SE

DATED:  Buffalo, New York
          July 11, 2016

                                    Yours, etc.,

                                    MICHAEL A. SIRAGUSA, ESQ.
                                    Erie County Attorney
                                    Attorney for Answering Defendant,
                                    Daniel  J. Granville (Answering Excessive
                                    Force Claim Only)
                                    <u>s/Kenneth R. Kirby</u>
                                    KENNETH R. KIRBY
                                    Assistant Erie County Attorney
                                    <u>Office and P.O. Address:</u>
                                    Erie County Law Department
                                    95 Franklin Street, Room 1634
                                    Buffalo, New York 14202
                                    Tel:  (716)858-2226
                                    Email:  <u>Kenneth.kirby@erie.gov</u>