

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTHONY MILLS

                Plaintiff,

    V

BRIAN O'HARA, et al.,

               Defendant.

---

**OPPOSING AFFIDAVIT**

**Case No. 6:13-CV-06605-FPG**

STATE OF NEW YORK)
COUNTY OF WASHINGTON)

    I Anthony Mills, located at Great Meadow Correctional Facility, Box 51, Comstock, New York 12821, being duly sworn, deposes and says:

    1. Make this affidavit in opposition to the Defendants request to have my claim terminated and or dismissed as against them and each of them dated October 17, 2016 and received on October 20, 2016

    2. This affidavit is made on information and belief, the source of which includes a review of Judge Siragusa decision and order dated January 31, 2014, (Dkt. No. 5).

    3. First, Judge Siragusa did not limit my stay on my claim to the State Court appeals (only), as the Defendants want you to believe. Judge Siragusa stayed my claim pending final resolution of my criminal conviction or success in over turning my conviction whether that be State or Federal. (See Judge Siragusa decision and order dated January 31, 2014, Dkt. No. 5, p. 6 of 6).

4. Second, I am still litigating in the State Courts. I recently submitted a writ of Error Coram Nobis motion seeking relief on issues that my Appellate Attorney failed to raise, (see Exhibit A acknowledge receipt).

5. Third, if I am not successful on the State level, I am going to seek relief in the Federal Courts, under a Habeas Corpus challenging the consent to search my house in violation of my Fourth amendment rights. It is well settled that a bad seizure under the Federal Constitution in the Federal Courts is also a bad seizure under both the Federal and State Constitution in the Courts of this State, People v Gonzalez 39 NY 2d 122, and Schneckloth v Bustamonte 412 US 218.

**Wherefore**, Plaintiff respectfully requests that this Court grant Plaintiff's opposing affidavit denying Defendants request to dismiss my claims and for such other and further relief as to this Court appears just and proper.

Dated: November 14, 2016
      Comstock, New York

                                                **Anthony Mills #14-B-1575**
                                                Great Meadow Correctional Facility
                                                Box 51
                                                Comstock, New York 12821

Sworn to before me this
14th Day of Nov, 2016

NOTARY

PAT J SULLIVAN
Notary Public, State of New York
No. 01SU6316844
Qualified in Saratoga County
Commission Expires Dec. 22, 2018

**EXHIBIT "A"**

1

NEW YORK STATE SUPREME COURT
APPELLATE DIVISION, FOURTH DEPARTMENT
M. DOLORES DENMAN COURTHOUSE
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247

FRANCES E. CAFARELL
CLERK OF THE COURT

ALAN L. ROSS
DEPUTY CLERK OF THE COURT

July 28, 2016

Michael J. Flaherty, Jr., Esq.
Acting Erie County District Attorney
25 Delaware Avenue
Buffalo, New York 14202-3903

    **Re:   People v Anthony Mills**
          **Appellate Docket No.: KA 14-00956**

Dear Mr. Flaherty:

    This acknowledges receipt of coram nobis motion papers filed July 28, 2016 in the above-named case. This Court will consider the motion on the return date of September 19, 2016. We request that you forward to this Court any affidavit you may wish to submit in response to said motion. Please file your responding papers with the Court on or before September 16, 2016 with proof of service upon the opposing party.

                              Very truly yours,

                              Amy M. Bogardus
                            Principal Appellate Court Attorney

AMB:led
pc: Anthony Mills (14-B-1575)
     Great Meadow Correctional Facility

## AFFIDAVIT OF SERVICE

State of New York)

County of Washington) ss

    Anthony Mills, being duly sworn, deposes and says:

    That I am the person named herein and make this affidavit of service to establish service upon the below named parties pertaining to **Opposing Affidavit** sealed envelope and placed in a U.S. postal box located at Great Meadow Correctional Facility, Box 51, Comstock New York 12821, and served upon the below named parties:

**Kenneth R. Kirby**
Assistant County Attorney
95 Franklin Street-Room 1634
Buffalo, New York 14202


                                                    *[signature]*

                                      **Anthony Mills #14-B-1575**
                                      Great Meadow Correctional Facility
                                      Box 51
                                      Comstock, New York 12821

Sworn to before me this
14th Day of Nov, 2016

_____
NOTARY

PAT J SULLIVAN
Notary Public, State of New York
No. 01SU6316844
Qualified in Saratoga County
Commission Expires Dec. 22, 2018

Anthony Mills #14-B-1575  
Great Meadow Correctional Facility  
Box 51                                              November 14, 2016  
Comstock, New York 12821  

**Honorable Frank P. Geraci, Jr.**  
United States District Judge  
United States District Court  
1360 U.S. Courthouse  
100 State Street  
Rochester, NY 14614  

    **RE:**

Attention: Court Clerk,

    Enclosed please find Plaintiff's **Opposing Affidavit**, to be filed in this court. The Defendants have already been served (affidavit of service is attached hereto).

    If there should be any problems with the filing of this affidavit, kindly advise at your earliest convenience.

    In anticipation of receiving word from you in the coming days, I thank you for your time and attention.

                                                                       Respectfully submitted,

TO: **Kenneth R. Kirby**  
     Assistant County Attorney  
     95 Franklin Street-Room 1634  
     Buffalo, New York 14202

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Anthony Mills    DIN: 14B1595

[NOV 17 2016 — Correctional Facility stamp]

Honorable Frank P. Geraci, Jr.
United States District Judge
United States District Court
1360 U.S. Courthouse
100 State Street
Rochester, NY 14614

LEGAL MAIL

14614-136399