UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY MILLS

                Plaintiff,

   V

BRIAN O'HARA, et al.,

                Defendant.

**PLAINTIFF'S RESPOND TO GRANVILLE'S MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

CASE NO. 6:13-CV-06605

**PLEASE TAKE NOTICE**, that Anthony Mills, located at great Meadow correctional Facility, Box 51 Comstock, New York 12821, is informing the Court that Plaintiff do not oppose or object to Granville's request for an extension of discovery deadlines.

**PLEASE TAKE FUTHER NOTICE**, that Plaintiff Anthony Mills is requesting to be kept inform of all discovery deadline dates and any orders that this [Court] issue regarding this matter and for any such relief that this [Court] deem proper.

Dated: April 3, 2017,
      Comstock, New York 12821

                                    Anthony Mills #15-B-1575
                                    Great Meadow Correctional Facility
                                    Box 51
                                    Comstock, New York 12821

Sworn to before me on this

3 Day of April, 2017

NOTARY

PAT J SULLIVAN
Notary Public, State of New York
No. 01SU6316844
Qualified in Saratoga County
Commission Expires Dec. 22, 2018

## AFFIDAVIT OF SERVICE

State of New York)

County of WASHINGTON) ss:

Anthony Mills, being duly sworn, deposes and says:

That I am the person named herein and make this affidavit of service to establish service upon the below named parties pertaining to **Notice of Motion** an envelope and placed in a U.S. postal box located at Great Meadow Correctional Facility, Box 51, Comstock New York 12821, and served upon the below named parties:

Kenneth R. Kirby
Assistant County Attorney
95 Franklin Street-Room 1634
Buffalo, New York 14202


_____
**Anthony Mills #14-B-1575**
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821


Sworn to before me on this

___3___, Day of ___Nor. 1___, 2017

_____
NOTARY

PAT J SULLIVAN
Notary Public, State of New York
No. 01SU6316844
Qualified in Saratoga County
Commission Expires Dec. 22, 2018

Anthony Mills #14-B-1575
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

April 3, 2017

**CLERK, U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
100 State Street
ROCHESTER, New York 14614-1387

　　**RE:** Extension of Time to complete Discovery

Attention: Clerk of the Court,

　　Enclosed please find Plaintiff's Notice of Motion in respond to Defendant Granville's request for Extension of Discovery Deadlines. The County Attorney has already been served (affidavit of service is attached hereto).

　　If there should be any problems with the filing of this motion, kindly advise at your earliest convenience.

　　In anticipation of receiving word from you in the coming days, I thank you for your time and indulgence.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　*A. Mill*

TO: Kenneth R. Kirby
　　Assistant County Attorney
　　95 Franklin Street-Room 1634
　　Buffalo, New York 14202



GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Anthony Mills    DIN: 14B1575

APR 10 2017

CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
100 State Street
ROCHESTER, New York 14614-1387

**LEGAL MAIL**

14614-136855