UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTHONY MILLS,

            Plaintiff,

v.

DANIEL J. GRANVILLE, et al.,

            Defendants.

---

MOTION SCHEDULING ORDER

13-CV-6605G

      A motion to extend discovery deadlines (# 35) having been filed on October 5, 2017, by defendant, Daniel J. Granville, in the above-captioned case, it is hereby

      ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **November 14, 2017, with a courtesy copy of such filing to be provided to the Court**; and it is further

      ORDERED, that since the moving party has stated, pursuant to Western District of New York Local Rules of Civil Procedure, Rule 7(a)(1), in the notice of motion that the moving party intends to file and serve reply papers, such papers must be filed and served on or before **December 1, 2017, with a courtesy copy of such filing to be provided to the Court**; and it is further

      ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that upon the filing of any responsive papers, the Court will take the motion under advisement and schedule oral argument at its convenience, if necessary.

**IT IS SO ORDERED.**

*Marian W Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
October 16, 2017