# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

---

ANTHONY MILLS, #524 (Appearing Pro Se),

          Plaintiff,

vs.

BRIAN O'HARA, DANIEL J. GRANVILLE,
TIMOTHY F. CARNEY, and ALAN ROZANSKY,

          Defendants.

NOTICE OF VOLUNTARY
DISMISSAL OF USE OF
EXCESSIVE FORCE
CLAIM ASSERTED
AGAINST ONLY
THE DEFENDANT,
DANIEL J. GRANVILLE

Case No.:
6:13-cv-06605-FPG-MWP

---

  **PLEASE TAKE NOTICE,** that plaintiff, ANTHONY MILLS, proceeding *pro se*, voluntarily dismisses and discontinues, with prejudice, his use of excessive force claim asserted by him against only the defendant, DANIEL J. GRANVILLE.

Dated: Comstock, New York
   February 13, 2018

         s/ Anthony Mills
         ANTHONY MILLS

To: Clerk, United States District Court, Western District of New York
   Robert Jackson Courthouse
   2 Niagara Square – 4th Floor
   Buffalo, New York 14202

   Sworn to and subscribed before me
   on this 13th day of February, 2018

   s/ Joseph Edward Vito
   Notary Public, State of New York
   No.01V16320782
   Qualified in Saratoga County
   Commission Expires March 19, 2019