AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| ANTHONY MILLS | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   13-CV-6605 |
| BRIAN O'HARA, TIMOTHY F. CARNEY and ALAN ROZANSKY | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other:   the complaint is dismissed for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Frank P. Geraci, Jr.   on a motion for   N/A

Date:   Jul 30, 2018

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*